

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2014

No. 04-14-00033-CV

Osbaldo A. Saenz Jr.,
Appellant

v.

Osbaldo A. Saenz Sr. and Maria Estela G. Saenz Trust through their Trustee Esther A.S. Salmon,
Estela Tijerina, and the Estate of Alfredo Garza Tijerina, Deceased,
Appellee

Trial Court Case No. DC-11-242, DC-12-250

## ORDER

The Court has reviewed the record and briefs in this appeal and has determined that oral argument will not significantly aid it in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8. Therefore, all requests for oral argument are denied, and the cause is advanced for **ON BRIEFS** submission on November 13, 2014, to the following panel: Justice Angelini, Justice Marion, and Justice Barnard. All parties will be notified of the Court's decision in this appeal in accordance with TEX. R. APP. P. 48.

Either party may file a motion requesting the Court to reconsider its determination that oral argument will not significantly aid the Court in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8. Such a motion should be filed within ten (10) days from the date of this order.

It is so **ORDERED** on September 30, 2014.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this September 30, 2014.

Keith E. Hottle, Clerk